

**CARLA SANDERSON**

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22 | T 646.499.3818
NEW YORK, NEW YORK 10016 | F 646.499.3814
carla@carlasandersonlaw.com | carlasandersonlaw.com

September 20, 2022

<u>Via ECF</u>
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Christopher Bryan*,
      22 Cr. 468 (JLR)

Dear Judge Rochon,

    I was assigned to represent Christopher Bryan in the above captioned case. On September 13, 2022, Judge Aaron granted Mr. Bryan release pending trial pursuant to conditions, including a $50,000 PRB signed by two financially responsible persons, among other conditions. The government informed me today that the two proposed suretors were approved. I emailed the suretors the bond and am waiting to receive the signed bond from them. Judge Aaron ordered that the conditions be satisfied today. I am therefore respectfully requesting an additional week for Mr. Bryan to satisfy the conditions. The government (by AUSA Thomas Burnett) consents to this request.

**The request for an extension until September 27, 2022 is GRANTED.**

**SO ORDERED**

*/s/ Jennifer Rochon*
_____
JENNIFER L. ROCHON
United States District Judge
**September 21, 2022**

Respectfully submitted,
          /s
_____
Carla M. Sanderson, Esq.
*Attorney for Christopher Bryan*
260 Madison Avenue, Flr. 22
New York, New York 10016
t 646.499.3818
f 646.499.3814
<u>Carla@carlasandersonlaw.com</u>