UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -against-<br><br>CHRISTOPHER BRYAN,<br>                                        Defendant. | 22-cr-00468-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

Dated: April 6, 2023
       New York, New York

                      SO ORDERED.

                      *Jennifer Rochon*
                      JENNIFER L. ROCHON
                      United States District Judge